UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | |
| **Raquel VIDAL-Machado,** | 08 MJ 2063 |
| Defendant. | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **July 3, 2008**, within the Southern District of California, defendant, **Raquel VIDAL-Machado** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Isabel PANDURO-Rodriguez**, had not received prior official authorization to come to, enter or reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza., United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **7th** DAY OF **JULY, 2008**.

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Clarissa E. Castaneda, declare under penalty of perjury the following to be true and correct:

On July 3, 2008, at approximately 0040 hours, **Raquel VIDAL-Machado (Defendant)** made application for admission into the United States at the vehicle entrance of the San Ysidro, California Port of Entry. Defendant was the driver and sole visible occupant of a 1995 Kia Sportage. Upon inspection before a CBP officer, Defendant declared United States citizenship and presented a California Driver License bearing the name and photo of Teresa Chavez Quezada. Defendant claimed ownership of the vehicle and stated she owned the vehicle for one year. Defendant told the officer that she was going back home to San Diego, California. The CBP officer looked underneath the vehicle and noticed a non-factory compartment built under the rear seat area. The CBP officer lifted the rear seat and discovered an individual hidden within the non-factory compartment attempting to enter the United States without inspection. The CBP Officer requested assistance and Defendant was subsequently escorted to secondary inspection.

In secondary, CBP Officers removed the rear seat and discovered two individuals concealed under the rear seat in a non-factory undercarriage compartment. Officers assisted one adult female and one minor male from the compartment and determined the two individuals were both undocumented aliens and citizen of Mexico. The female is now identified as **Isabel PANDURO-Rodriguez (Material Witness)**.

During a videotaped interview, Defendant was advised of her Miranda rights. Defendant acknowledged her rights and elected to answer questions without an attorney present. Defendant admitted knowledge that the vehicle she was driving contained at least one person hidden in the vehicle. Defendant admitted that she was going to be paid $1,000 U.S. dollars for the smuggling act. Defendant admitted that she was going to drop off the vehicle at the ARCO gas station off Palomar Avenue. Defendant admitted upon dropping off the vehicle she was going to return back to Mexico where she was to be paid by a male named "Andres", whom she made the arrangements with. Defendant admitted that she is a citizen and national of Mexico with no documents to lawfully enter the United States.

A videotaped interview was conducted with Material Witness. Material Witness stated that she is a citizen of Mexico with no documents to lawfully enter the United States. Material Witness stated her sister made her arrangements to be smuggled into the United States. Material Witness admitted that she was to pay $3,500 U.S. dollars as a smuggling fee. Material Witness stated that she was traveling to Murrieta, California to resume residence with her husband and two children.

EXECUTED ON THIS 3RD DAY OF JULY 2008 AT 1500 hours.

_Clarissa E. Castaneda / CBP Enforcement Officer_

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page(s), I find probable cause to believe that the defendant named therein committed the offense on **July 3, 2008** in violation of Title 8, United States Code, Section 1324.

MAGISTRATE JUDGE                                              DATE / TIME  7/4/08, 1218 hrs