1  KAREN P. HEWITT
   United States Attorney
2  CARLA J. BRESSLER
   Assistant United States Attorney
3  California State Bar No. 134886
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6763
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA  08CR2383-WQH

11  UNITED STATES OF AMERICA,        )  Magistrate Case No. 08MJ2063
                                     )
12                  Plaintiff,       )
                                     )  **STIPULATION OF FACT AND JOINT**
13          v.                       )  **MOTION FOR RELEASE OF**
                                     )  **MATERIAL WITNESS(ES) AND**
14  RAQUEL VIDAL-MACHADO,            )  **ORDER THEREON**
                                     )
15                  Defendant.       )
    _____)  **(Pre-Indictment Fast-Track Program)**
16

17      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carla J.

19  Bressler, Assistant United States Attorney, and defendant RAQUEL VIDAL-MACHADO, by and

20  through and with the advice and consent of defense counsel, Elizabeth Barros, that:

21      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

27  //

28  CJB:kmm:7/9/08

MW Isabel Panduro-Rodriguez on Bond 7/16/08 (No Abstract order Needed)

1        2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to

2   provide the signed, original plea agreement to the Government not later than five business days

3   before the disposition date set by the Court.

4        3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5   before **August 6, 2008.**

6        4.      The material witness, Isabel Panduro-Rodriguez, in this case:

7                a.      Is an alien with no lawful right to enter or remain in the United States;

8                b.      Entered or attempted to enter the United States illegally on or about July 3,

9   2008;

10               c.      Was found in a vehicle driven by defendant at the San Ysidro, California Port

11  of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an

12  alien with no lawful right to enter or remain in the United States;

13               d.      Was paying $3,500 to others to be brought into the United States illegally

14  and/or transported illegally to her destination therein; and,

15               e.      May be released and remanded immediately to the Department of Homeland

16  Security for return to her country of origin.

17       5.      After the material witnesses are ordered released by the Court pursuant to this

18  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

19  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

20  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

21               a.      The stipulated facts set forth in paragraph 4 above shall be admitted as

22  substantive evidence;

23               b.      The United States may elicit hearsay testimony from arresting agents

24  regarding any statements made by the material witness(es) provided in discovery, and such testimony

25  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

26  of (an) unavailable witness(es); and,

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Raquel Vidal-Machado                    2                                    08MJ2063

1

## O R D E R

2  Upon joint application and motion of the parties, and for good cause shown,

3  **THE STIPULATION** is admitted into evidence, and,

4  **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5  forthwith to the Department of Homeland Security for return to her country of origin.

6  **SO ORDERED.**

7

8  Dated: _____7/17/08_____

     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Raquel Vidal-Machado                    4                              08MJ2063

1           c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4    waives the right to confront and cross-examine the material witness(es) in this case.

5         6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7    further that defendant has discussed the terms of this stipulation and joint motion with defense

8    counsel and fully understands its meaning and effect.

9         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10   immediate release and remand of the above-named material witness(es) to the Department of

11   Homeland Security for return to her country of origin.

12        It is STIPULATED AND AGREED this date.

13                            Respectfully submitted,

14                            KAREN P. HEWITT
                              United States Attorney

15

16   Dated: 7/17/08

17                            CARLA J. BRESSLER
                              Assistant United States Attorney

18

19   Dated: 7/16/08

20                            ELIZABETH BARROS
                              Defense Counsel for
                              RAQUEL VIDAL-MACHADO

21   Dated: 7/16/08

22                            RAQUEL VIDAL-MACHADO
                              Defendant

23

24

25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Raquel Vidal-Machado         3                         08MJ2063